■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE WASHINGTON, Appellant. [827 NYS2d 665]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 15, 2004 (*People v Washington,* 5 AD3d 615 [2004]), affirming a judgment of the Supreme Court, Kings County, rendered June 14, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Schmidt and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM WRIGHT, Appellant. [828 NYS2d 227]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Parker, J.), imposed June 27, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Goldstein, Skelos and Covello, JJ., concur.